No. M-61. ESPINOSA v. WILLIAMS, WARDEN, ET AL.;

No. M-63. MACRI v. MAGNA COMMUNITY DEVELOPMENT CORP. ET AL.; and

No. M-64. CELESTINE v. FOSTER, GOVERNOR OF LOUISIANA, ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. M-62. WIGGINS v. UNITED STATES. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner denied.

No. 96-1037. KIOWA TRIBE OF OKLAHOMA v. MANUFACTURING TECHNOLOGIES, INC. Ct. Civ. App. Okla. [Certiorari granted, 521 U. S. 1117.] Motion of petitioner for leave to file a supplemental brief after argument denied.

No. 97-371. NATIONAL ENDOWMENT FOR THE ARTS ET AL. v. FINLEY ET AL. C. A. 9th Cir. [Certiorari granted, 522 U. S. 991.] Motion of respondents for leave to file a supplemental brief after argument granted.

No. 97-569. BURLINGTON INDUSTRIES, INC. v. ELLERTH. C. A. 7th Cir. [Certiorari granted, 522 U. S. 1086.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 97-634. PENNSYLVANIA DEPARTMENT OF CORRECTIONS ET AL. v. YESKEY. C. A. 3d Cir. [Certiorari granted, 522 U. S. 1086.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 97-6146. MONGE v. CALIFORNIA. Sup. Ct. Cal. [Certiorari granted, 522 U. S. 1072.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 97-1008. CLEVELAND v. POLICY MANAGEMENT SYSTEMS CORP. ET AL. C. A. 5th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.